UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
DOCKET NO. 3:17-cr-00346-RJC-DSC

| | |
|---|---|
| USA ) | |
| ) | |
| vs. ) | ORDER |
| ) | |
| CHARLES AUGUSTINE ) | |
| ORISAKWE | |

    **THIS MATTER** is before the Court upon motion of the defendant to amend the restitution order, (Doc. No. 54: Motion; Doc. No. 56: Amended Motion), and the government's response, (Doc. No. 55).

    At sentencing, the Court assessed the defendant's ability to pay and ordered payment of monetary penalties to begin immediately and continue in monthly installments of $50 while on supervised release. (Doc. No. 36: Judgment at 7). The Court temporarily suspended payments when the defendant did not have legal authorization to work. (Doc. No. 53: Order). In the instant motion, the defendant reports that he was granted a T visa and offered employment as a mechanic for approximately $1,200 per month. (Doc. No. 56: Amended Motion at 2-3). Also, a program that assists human trafficking victims is giving him $1,400 per month for housing until October 31, 2023, and $288 per month until June 30, 2023, for other expenses. (Id.). Although the program payments may not be used to pay restitution, the Court finds the defendant's opportunity to work is a material change in economic circumstances enabling him to pay restitution according to the Judgment.

**IT IS, THEREFORE, ORDERED** that, pursuant to 18 U.S.C. § 3664(k), the defendant's payment schedule shall resume effective May 1, 2023. All other conditions remain unchanged, including the obligation to notify the Court of any changes in economic circumstances that might affect the ability to pay his financial obligation. (Doc. No. 36: Judgment at 3-4).

The Clerk is directed to certify copies of this Order to the defendant, the United States Attorney, the United States Probation Office, and the Financial Administration Unit of the Clerk's Office.

Signed: April 24, 2023

Robert J. Conrad, Jr.
United States District Judge